UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO DENZIAH FERNANDES,<br><br>Defendant | Criminal No.  23cr10248<br><br>Violations:<br><br>Count One: Illegal Receipt of a Firearm by a Person Under Indictment<br>(18 U.S.C. § 922(n))<br><br>Counts Two and Three: Distribution and Possession with Intent to Distribute 40 Grams or More of Fentanyl<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Illegal Receipt of a Firearm by a Person Under Indictment
(18 U.S.C. § 922(n))

The Grand Jury charges:

On or about January 14, 2022, in Taunton, in the District of Massachusetts, the defendant,

ANTONIO DENZIAH FERNANDES,

who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: trafficking fentanyl more than 10g, in violation of Massachusetts General Laws Chapter 94C, Section 32E(c.5), did willfully receive a firearm, that is, a Glock Model 48, 9mm pistol, serial number BRLT184, said firearm having been shipped and transported in interstate

1

commerce.

All in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

COUNT TWO
Distribution and Possession with Intent to Distribute 40 Grams or More of Fentanyl
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

On or about January 19, 2022, in Brockton, in the District of Massachusetts, the defendant,

ANTONIO DENZIAH FERNANDES,

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## COUNT THREE
Distribution and Possession with Intent to Distribute 40 Grams or More of Fentanyl
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

On or about February 2, 2022, in Brockton, in the District of Massachusetts, the defendant,

ANTONIO DENZIAH FERNANDES,

did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl )-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(n), set forth in Count One, the defendant,

ANTONIO DENZIAH FERNANDES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

    a. Glock Model 48, 9mm pistol, serial number BRLT184.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

5

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Section 841, set forth in Counts Two and Three, the defendant,

ANTONIO DENZIAH FERNANDES,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

*Michelle J. Gorden*
FOREPERSON

*Mh C*
MEGHAN C. CLEARY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: SEPTEMBER 13th____ , 2023
Returned into the District Court by the Grand Jurors and filed.

/s/Thomas F. Quinn  9/13/23 @ 1:45pm
DEPUTY CLERK