**Criminal Case Cover Sheet**                                                             **U.S. District Court - District of Massachusetts**

**Place of Offense:**           Category No. __II__         Investigating Agency __ATF__

**City**  Taunton and Brockton           Related Case Information:

**County** Bristol and Plymouth

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Antonio Denziah Fernandes    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) Brockton MA

Birth date (Yr only): 2001   SSN (last4#): 3621   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    Address: _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Meghan C. Cleary       Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No       List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: Brockton District Court   on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/13/2023      Signature of AUSA: _(signed)_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Antonio Denziah Fernandes

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(n) | Illegal Receipt of Firearm by Person Under Indt. | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1), (b)(1) | Distibrution and PWID 40g or More of Fentanyl | 2 |
| Set 3 | 21 U.S.C. §§ 841(a)(1), (b)(1 | Distibrution and PWID 40g or More of Fentanyl | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Case 1:23-cr-10248-TSH   Document 1-1   Filed 09/13/23   Page 2 of 2
JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013